UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEPHANIE MCKINNNEY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, & METLIFE INSURANCE COMPANY, U.S.A.**<br><br>*Defendants*. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 3:17-cv-00173-MPS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stephanie McKinney hereby gives notice that the above captioned action against Defendants MetLife, Inc., Metropolitan Life Insurance Company, and MetLife Insurance Company, U.S.A is voluntarily dismissed *without prejudice*.

Date: March 1, 2017

　　　　　　　　　　　　　　　　　　　　/s/ Andrew Melzer
*Signature of plaintiff or plaintiff's counsel*

Andrew Melzer, Esq.
**SANFORD HEISLER, LLP**

1350 Avenue of the Americas, 31st Floor
*Address*

New York, NY 10016
*City, State & Zip Code*

(646) 402-5650
*Telephone Number*